IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2010 OCT 13  A 11: 42

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

| | | |
|---|---|---|
| MAXINE TUCKER, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Case No. 10-cv-02282-CCB |
| NATIONAL ENTERPRISE SYSTEMS, INC., | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Having settled the claims asserted in the above-captioned action, Plaintiff Maxine Tucker and Defendant National Enterprise Systems, Inc., by their respective undersigned counsel, hereby stipulate to the dismissal with prejudice of any and all claims alleged or asserted in the above-captioned action.

____/s/____
Richard P. Seitz*
*Law Office of Barry R. Glazer, P.C.*
P.O. Box 27166
Baltimore, Maryland 21230
Tel.: (410) 547-8568
Fax: (410) 547-0036
*Counsel for Plaintiff Maxine Tucker*
(*signed by James M. Connolly with permission of Richard P. Seitz)

____/s/____
James M. Connolly (Bar No. 23872)
*KRAMER & CONNOLLY*
465 Main Street
Reisterstown, Maryland 21136
Tel.: (410) 581-0070
Fax: (410) 581-1524
*Counsel for Defendant National Enterprise Systems, Inc.*

**SO ORDERED**

__10/13/10__
Date

Approved —
not as class
action.

__/s/ CCB__
Catherine C. Blake
United States District Judge

E:\OFFICE\CASES\207-055\stipulation and order of dismissal.wpd